UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Nationwide Judgment Recovery, Inc.,

                                 **Plaintiff,**

        -against-

Yuji Choi,                           1:20-mc-636 (ALC)

                             **Defendant.**      **ORDER**

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Sept. 8, 2021

**ANDREW L. CARTER, JR., United States District Judge:**

On August 31, 2021, this Court set a hearing regarding Defendant Yuji Choi's Motion to Set Aside Judgment for September 9, 2021 at 10:00AM Eastern Time. The hearing date is hereby **ADJOURNED** until **Monday, September 13, 2021** at **12:00pm Eastern Time**. All parties shall appear and should contact the Court by teleconference at **1-888-363-4749** (access code: **3768660**).

**SO ORDERED.**

Dated:    Sept. 8, 2021
           **New York, New York**

*/s/ Andrew L. Carter, Jr.*
_____
**ANDREW L. CARTER, JR.**
**United States District Judge**