IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-MC-00185-GCM

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.

YUJI CHOI,

    Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Jeffrey M. Parrella (ECF No. 12).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Parella is admitted to appear before this court *pro hac vice* on behalf of Nationwide Judgment Recovery, Inc.

**IT IS SO ORDERED**.

Signed: November 30, 2021

Graham C. Mullen
United States District Judge